IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KORY WATKINS and OPEN CARRY TARRANT COUNTY,** | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:14-cv-381-O |
| **CITY OF ARLINGTON,** | § § § | |
| Defendant. | § § § | |

### ORDER

Before the Court is Plaintiffs' Combined Application for Preliminary Injunction and Temporary Restraining Order (ECF No. 5), filed May 28, 2014. Defendant City of Arlington ("Defendant") has waived service of a summons in this action and its attorney is aware of the requested relief. *See* Waiver, ECF Nos. 4, 6. To better permit the Court to consider the issues related to Plaintiff's requested relief, it is **ORDERED** that Defendant shall file a response if it wishes to do so on or before **June 2, 2014**, and Plaintiffs shall file a reply on or before **June 5, 2014**.

SO ORDERED on this **28th day** of **May, 2014**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE